JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RICHARD GONZALES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT INC., a California Corporation; JOHN DOE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>FEDEX FREIGHT INC.,<br><br>Defendant. | Case No. 5:22-cv-00918 JGB (SHKx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

//
//
//
//
//
//
//
//

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

IT IS SO ORDERED that pursuant to the separately filed Stipulation for Dismissal, the Stipulation is approved, and this action is hereby dismissed with prejudice. Each Party is to bear its own costs and fees, and Plaintiff assumes responsibility for any outstanding Court costs.

DATED: May 17, 2023

_____
Hon. Jesus G. Bernal
Judge of the United States District Court